**Order entered October 27, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00847-CR

## ROBERT DIXON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

## On Appeal from the Criminal District Court No. 4
## Dallas County, Texas
## Trial Court Cause No. F16-20143-K

### ORDER

Before the Court is the State's October 26, 2022 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed by **November 29, 2022**.

/s/    LANA MYERS
JUSTICE